JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: Plymouth, MA    Category No. II    Investigating Agency  FBI

City  Plymouth

County  Plymouth

Related Case Information:

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   08-1778-TSH
Search Warrant Case Number _____
R 20/R 40 from District of _____

**08 CR 10323 GAO**

**Defendant Information:**

Defendant Name  Francis G. Janosko      Juvenile  ☐ Yes  ☒ No

Alias Name  Frank G. Janosko

Address  Last known: 122 Gaston Gardens, Gaston, SC 29053, but possibly now located in North Carolina

Birth date (Year only):  1965   SSN (last 4 #):  6219   Sex  M  Race:  Caucasian   Nationality:  USA

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Scott L. Garland         Bar Number if applicable  650358

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Victims:  ☒ Yes  ☐ No     If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☒ Yes  ☐ No

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date:   Unkown - defendant is out of state

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  2

                    Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10-29-08          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Francis G. Janosko

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1030(a)(5) | Intentional Damage to a Protected Computer | 1 |
| Set 2 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**