AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**FRANCIS G. JANOSKO** | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 1: 08 CR 10323 - 001 - GAO<br><br>PETER HORSTMANN, ESQUIRE<br>Defendant's Attorney |

Date of Original/Amended Judgment: 12/22/09

## THE DEFENDANT:

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | Violation of Special condition of Supervised Release: The defendant is prohibited from using any device that is connected to the Internet, unless he ha prior judicial approval, which should be limited to use for work or education related purposes. | 06/18/12 |

☒ See continuation page

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or maling address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00-00-1965

Defendant's USM No.: 51390-056

Defendant's Residence Address:
Raleigh, North Carolina

Defendant's Mailing Address:
Plymouth County Correctional Facility

05/16/13
Date of Imposition of Judgment

_Signature of Judicial Officer_
The Honorable George A. O'Toole
Judge, U.S. District Court
Name & Title of Judicial Officer

5/17/13
Date

Continuation Page - Nature of Violations

| | | |
|---|---|---|
| CASE NUMBER: | 1: 08 CR 10323 - 001 - GAO | Judgment - Page 2 of 3 |
| DEFENDANT: | FRANCIS G. JANOSKO | |

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| II | Violation of Special Condition of Supervised Release: The defendant is to participate in a sex offender specific treatment program which may include sex offender specific testing at the direction of probation. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment. | |
| III | Violation of Standard Condition of Supervised Release: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 05/07/12 |
| IV | Violation of Standard Conditioin off Supervised Release: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. | 06/07/12 |
| V | Violation of Standard Condition of Supervised Release: The defendant shall not leave the judicial district without the permission off the court or probation officer. | 06/18/12 |
| VI | Violation of Standard Condition of Supervised Release: The defendant shall not commit another federal, state, or local crime | 06/15/12 |

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER: 1: 08 CR 10323 - 001 - GAO
DEFENDANT: FRANCIS G. JANOSKO

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

The previous period of supervised release is revoked and the defendant is to be imprisoned for a term of 24 months. No period of supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____ on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal